**Order entered July 9, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01386-CR

### ASHLEY DANIELLE SIEBERT, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Criminal Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. MA16-59378-G**

## ORDER

We **REINSTATE** the appeal.

By order entered April 18, 2019, the Court ordered the trial court to prepare and file findings of fact and conclusions of law regarding the trial court's October 30, 2018 rulings on appellant's motions to suppress evidence and late-tendered evidence. While the case has been abated, four supplemental clerk's records have been filed reflecting an ongoing dispute between appellant and the trial court regarding the adequacy and sufficiency of the trial court's findings and conclusions.

Although the trial court has not entered a document styled formally as findings and conclusions, it has filed a June 7, 2019 document styled "Trial Court's First Response to [Appellant's] Due Process Request Pertaining to Filing of Requested Findings and Conclusions"

in which it points to oral findings and conclusions on the record and a "Trial Court's Second Response to [Appellant's] Due Process Request Pertaining to Filing of Requested Findings and Conclusions and [Appellant's] Objection to Trial Court's June 7 Ruling" in which it provides more formal written findings of fact and conclusions of law regarding appellant's motion to suppress evidence.

We conclude the trial court has complied with the Court's order. Any dispute about the adequacy of the trial court's findings and conclusions may be addressed in the parties' briefs.

We **ORDER** appellant to file her brief within **THIRTY DAYS** of the date of this order.


/s/     LANA MYERS
          JUSTICE